Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for NICHOLAS POPOALII

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NICHOLAS POPOALII,<br><br>　　　　　Defendants. | CASE NO. CR 08-0118 MMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING HEARING**<br><br>Date:　May 13, 2009<br>Time:　2:30 p.m.<br>Court:　Hon. Maxine M. Chesney |

## STIPULATION

　　　Defendant Nicholas Popoalii, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Tarek J. Helou, hereby stipulate to continue defendant's status hearing, currently scheduled for May 13, 2009, until May 20, 2009. Counsel for Mr. Popoalii is unexpectedly unavailable on May 13. The parties believe that a resolution has been reached in this matter and will be ready to present their agreement to the Court on the date requested in this continuance.

/ / /

/ / /

/ / /

/ / /

/ / /

The parties further agree that no exclusion of time under the Speedy Trial Act is necessary for this brief continuance.

IT IS SO STIPULATED.

Dated: May 11, 2009                                    /s/
                                                       Edward W. Swanson
                                                       SWANSON, MCNAMARA & HALLER LLP
                                                       Counsel for NICHOLAS POPOALII

Dated: May 11, 2009                                    /s/
                                                       Tarek J. Helou
                                                       Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May 12, 2009
                                                       _____
                                                       MAXINE M. CHESNEY
                                                       United States District Court

**Stipulation Continuing Hearing**
*United States v. Popoalii,* CR 08-0118 MMC                2