1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, 11th Floor
7      San Francisco, California  94102
       Telephone:  (415) 436-7200
8      Fax:  (415) 436-7234
       Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Applicant

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,      )    No. CR 08-118 MMC
                                  )
15                                )    ORDER DENYING
          Plaintiff,              )
16                                )
        v.                        )    STIPULATION AND [PROPOSED]
17                                )    ORDER CHANGING DATE OF
   NICHOLAS MISKOPA POPOALII,     )    SENTENCING
18                                )
                                  )    Current Date:    December 9, 2009
19        Defendant.               )    Current Time:    2:30 p.m.
                                  )
20 _____ )    ~~Proposed Date:     December 16, 2009~~
                                       ~~Proposed Time:     2:30 p.m.~~
21

STIP. & [PROP.] ORDER CHANGE DATE
CASE NO. CR 08-118 MMC

Defendant Nicholas Popoalii, by and through his counsel, Edward W. Swanson, and the United States, by and through Assistant United States Attorney Tarek J. Helou, hereby stipulate to continue the defendant's sentencing hearing, currently scheduled for December 9, 2009 at 2:30 p.m., until December 16, 2009 at 2:30 p.m.  Counsel for the United States is unexpectedly unavailable on December 9, 2009.  Counsel for the United States spoke with U.S. Probation Officer J.D. Woods about changing the date of the defendant's sentencing.  Officer Woods stated that he has no objection to the requested change.

SO STIPULATED:

                          JOSEPH P. RUSSONIELLO
                          United States Attorney

DATED: November 4, 2009                  /s/
                          TAREK J. HELOU
                          Assistant United States Attorney

DATED: November 4, 2009                  /s/
                          EDWARD SWANSON
                          AUGUST GUGELMANN
                          Attorney for Defendant NICHOLAS POPOALII

~~For the reasons stated above, the Court hereby continues the defendant's sentencing, currently set for December 9, 2009 at 2:30 p.m., until December 16, 2009 at 2:30 p.m.~~

Given the number of matters currently scheduled for December 16, 2009, the Court's calendar will not accommodate this sentencing on that date.  Accordingly, the request to continue is hereby DENIED.

If counsel for the United States cannot arrange for another attorney from his office to appear for him on December 9, 2009, counsel shall file a renewed stipulation, advising the Court as to such circumstance and the reason(s) therefor, and proposing a suitable alternative date after consulting with the Clerk of the Court.

SO ORDERED.

DATED: November 6, 2009                        _____
                                      THE HONORABLE MAXINE M. CHESNEY
                                      United States District Judge